PP:MFS
F. #2025R00502

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>(1) A 2016 BMW 320I, BEARING VIN NUMBER WBA8A3C55GK551755; AND (2) A 2009 HONDA ODYSSEY, BEARING VIN NUMBER 5FNRL38739B007458; BOTH OF WHICH ARE CURRENTLY LOCATED IN LAW ENFORCEMENT CUSTODY IN THE EASTERN DISTRICT OF NEW YORK | APPLICATION FOR A SEARCH WARRANT<br><br>Case No. 25-MC-3437 |

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, JONATHON CORRADO, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant authorizing the search for and seizure of physical evidence, as particularly described in Attachment B, within (1) a 2016 BMW 320I, bearing VIN number WBA8A3C55GK551755 ("SUBJECT VEHICLE 1"), and (2) a 2009 Honda Odyssey, bearing VIN number 5FNRL38739B007458 ("SUBJECT VEHICLE 2") (collectively, the "SUBJECT VEHICLES"), both of which are currently located in law enforcement custody within the Eastern District of New York. Descriptions of SUBJECT VEHICLE 1 and SUBJECT VEHICLE 2 are contained in Attachments A-1 and A-2, respectively.[1]

---

[1] The owners of the SUBJECT VEHICLES have each consented to having their vehicles searched, however, the government is seeking a warrant out of an abundance of caution.

2. I am a Task Force Officer and have been assigned to the FBI/NYPD Joint Bank Robbery & Violent Crimes Task Force since July 2025. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I also have been a Detective with the New York City Police Department ("NYPD") since 2018, and I joined the NYPD as a police officer in 2012. During my time on the Joint Robbery & Violent Crimes Task Force, and in my work as a Detective with the NYPD prior to the Task Force, I have been involved in the investigation of numerous cases involving violent crime, including shootings and the recovery of firearms and ammunition, in and around the Eastern District of New York. I have worked on numerous criminal investigations involving the search of vehicles for evidence related to the investigations.

3. The facts in this affidavit come from my personal observations, my review of documents and video surveillance and body worn camera footage, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter. Wherever in this affidavit I assert that a statement was made, I provide that statement in sum and substance, and in part, and not necessarily verbatim.

4. Based on the facts set forth in this affidavit and its exhibits, there is probable cause to believe that violations of Title 18, United States Code, Section 922(g)(1) (possession of a firearm and ammunition by a felon) (the "SUBJECT OFFENSE") have been committed by EDYNESSON BAUDUY and AARON RICHARD. There is also probable cause to search the vehicles described in Attachment A-1 and A-2 for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5.  The FBI and the NYPD are investigating a shooting that occurred in Flatbush, Brooklyn on August 12, 2025, as described further below.

6.  On August 26, 2025, a grand jury sitting in the Eastern District of New York returned an indictment charging BAUDUY and RICHARD each with one count of being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), under Criminal Docket No. 25-266. Prior to the indictment, on August 14, 2025, the Honorable Seth D. Eichenholtz, United States Magistrate Judge for the Eastern District of New York, authorized the arrest of BAUDUY and RICHARD based on complaint charging them with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), under Docket No. 25-MJ-248 (the "Complaint"). The Complaint is attached as Exhibit 1 to this affidavit and is incorporated by reference herein.

7.  The Complaint alleges, in sum and substance, that on August 12, 2025, at approximately 7:25 p.m., in the vicinity of 533 Ocean Avenue, Brooklyn, BAUDUY and RICHARD engaged in a gunfight, each shooting multiple rounds at each other while standing on the sidewalk and in the street near that address. NYPD officers on patrol drove up on the scene, observed the gunfight still in progress between BAUDUY and RICHARD, and shot BAUDUY. As set forth in the Complaint, BAUDUY and RICHARD had both previously been convicted of a felony at the time of the shooting.

8.  The SUBJECT VEHICLES were in the vicinity of 522 Ocean Avenue, which placed the SUBJECT VEHICLES in the path of bullets fired during the shooting based on my review of surveillance video and NYPD body worn camera. In addition, I have reviewed

photos of the SUBJECT VEHICLES that show bullet holes in each vehicle, which appear to have been a result of the gunfight between BAUDUY and RICHARD.

9. The NYPD subsequently towed the SUBJECT VEHICLES to an NYPD facility in the Eastern District of New York, where they are currently located.

10. Based on the foregoing, there is probable cause to believe that the SUBJECT VEHICLES contain bullets or remnants of bullets and other damage that could constitute evidence of the SUBJECT OFFENSE, including, but not limited to, evidence that the firearm and ammunition BAUDUY and/or RICHARD used during the shooting was operable and that it was manufactured outside the State of New York. Based on my training and experience, I have learned that ammunition can penetrate the exterior wall of a vehicle and remain inside the vehicle, including inside the vehicle door or in the interior of the vehicle. Recovered ammunition may be used as evidence of the SUBJECT OFFENSE to show, among other things, the type of ammunition used by BAUDUY and RICHARD and whether it is consistent with the shell casings found at the scene.

11. Based on the foregoing, there is probable cause to believe that the SUBJECT VEHICLES contain evidence of the SUBJECT OFFENSE as further described in Attachments B.

**AUTHORIZATION REQUEST**

12. I submit that this affidavit supports probable cause for warrants to search the SUBJECT VEHICLES described in Attachments A-1 and A-2 for the physical evidence described in Attachment B.

13. Furthermore, because the SUBJECT VEHICLES are currently in law enforcement custody, I submit that reasonable cause exists to permit the execution of the requested warrants at any time in the day or night.

Respectfully submitted,

/s/ Jonathon Corrado
Jonathon Corrado
Task Force Officer
FBI/NYPD Joint Robbery & Violent Crimes Task Force

Subscribed and sworn
to me by telephone on August __27__, 2025 @10:46 a.m.

*Marcia M. Henry*
_____
THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# ATTACHMENT A-1

The property to be searched is a 2016 BMW 320I, bearing VIN number WBA8A3C55GK551755, currently located in law enforcement custody within the Eastern District of New York ("SUBJECT VEHICLE 1").

This warrant authorizes the search of SUBJECT VEHICLE 1 for the items described in Attachment B.

## ATTACHMENT A-2

The property to be searched is a 2009 Honda Odyssey, bearing VIN number 5FNRL38739B007458, currently located in law enforcement custody within the Eastern District of New York ("SUBJECT VEHICLE 2"),

This warrant authorizes the search of SUBJECT VEHICLE 2 for the items described in Attachment B.

# ATTACHMENT B

All evidence related to violations of Title 18, United States Code, Section 922(g)(1) (possession of a firearm or ammunition by a felon) (the "SUBJECT OFFENSE"), involving EDYNESSON BAUDUY and AARON RICHARD, including:

a. Ammunition, including spent ammunition or shell casings, inside or within the exterior walls of SUBJECT VEHICLE 1 and SUBJECT VEHICLE 2.

# Exhibit 1

NEM:AB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDYNESSON BAUDUY,
and AARON RICHARD,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR AN ARREST WARRANT

(18 U.S.C. § 922(g)(1) and 3551 et seq.)

25-MJ-248

EASTERN DISTRICT OF NEW YORK, SS:

       Amanda Van Houten, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to the law and acting as such.

       On or about August 12, 2025, within the Eastern District of New York and elsewhere, the defendant EDYNESSON BAUDUY, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit: a black 9 mm Ruger P95DC firearm, with serial number 31199716.

       (Title 18, United States Code, Sections 922(g)(1) and 3551 et seq.)

       On or about August 12, 2025, within the Eastern District of New York and elsewhere, the defendant AARON RICHARD, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce ammunition, to wit: Spear .380 ammunition.

2

(Title 18, United States Code, Sections 922(g)(1) and 3551 et seq.)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to C-19, the Violent Crime Task Force. I have been an agent with the FBI for approximately three years and working on C-19 for approximately 18 months. I have been involved in the investigation of numerous cases involving violent crime, including shootings and the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendants' criminal history records; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about August 12, 2025, officers with the New York City Police Department ("NYPD") were on patrol in the 70th Precinct. While driving through the precinct at approximately 7:25 p.m., the officers heard gunshots nearby and immediately responded to the vicinity of 533 Ocean Avenue, Flatbush, Brooklyn. When the officers arrived at the scene, they observed a portion of a gunfight still in progress between two men, later identified as the defendants EDYNESSON BAUDUY and AARON RICHARD. The officers focused on the man closest to them (BAUDUY), who was then shot and fell to the ground while the others on the scene, including RICHARD, scattered. The officers called for backup and emergency

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

medical services, recovered the gun used by BAUDUY, and remained with BAUDUY. The gun was a black 9 mm Ruger P95DC firearm, with serial number 31199716. Emergency services personnel then drove BAUDUY to the hospital. From photographs taken at the crime scene by NYPD personnel, BAUDUY was wearing a green zip-up jacket and light-colored pants. BAUDUY also had a black backpack, which contained a New York State Electronic Benefits Transfer card listing his name as Edynesson Bauduy and with a date of birth matching BAUDUY's.

        3.     NYPD detectives canvassed the area for video surveillance footage capturing two men, later identified as defendant EDYNESSON BAUDUY and defendant AARON RICHARD, shooting at one another. The video footage depicts a group of men standing in front of a building on the east side of Ocean Avenue near 533 Ocean Avenue with bystanders walking past. A black man with dreadlocks wearing a white T-shirt and shorts (later identified as RICHARD) was walking next to and conversing with a black man wearing a dark shirt on a scooter in front of a light-colored Nissan SUV. Suddenly RICHARD swung his right arm and struck the other man in the face, causing him to drop his scooter. A third black man, wearing a green zip-up jacket and light-colored pants and wearing a black backpack (later identified as BAUDUY), who had been with the group of men outside of the building ran around the other side of the Nissan SUV and fired at RICHARD. RICHARD then pulled a gun from his right shorts pocket and returned fire as he was running in front of 533 Ocean Avenue. On the video surveillance footage, there are multiple visible muzzle flashes, which signifies that a gun was fired, from RICHARD's gun as he fires at BAUDUY. In the video footage, RICHARD never crosses past the Nissan SUV to the other side of Ocean Avenue.

4

4. NYPD crime scene officers recovered two Spear .380 shell casings on the east sidewalk in front of 533 Ocean Avenue, which appears consistent with where RICHARDS fired his gun.

5. NYPD detectives captured a still from the video surveillance footage clearly reflecting the individual subsequently identified as RICHARD. After further investigation, they developed a lead that the person in that photograph may be RICHARD, who they learned was currently on parole. RICHARD's parole officer confirmed that the person in that photograph was RICHARD, a person she supervises. The parole officer has had eight in-person meetings with RICHARD during the last four months.

6. I have reviewed the defendant EDYNESSON BAUDUY's criminal history and have determined that he has multiple felony convictions. On or about September 13, 2023, BAUDUY was convicted in Kings County Supreme Court, after a guilty plea, of Robbery in the Second Degree: Aided by Another, in violation of N.Y.P.L. § 160.10(1), a Class C Felony, for which he was sentenced to three years' imprisonment. Also on September 13, 2023, he was convicted, after a guilty plea, of Attempted Assault in the First Degree: Intent To Cause Serious Injury With Weapon, in violation of N.Y.P.L. § 120.10(1), a Class C Felony, from a different incident, for which he was also sentenced to a term of three years' imprisonment. He was incarcerated on November 2, 2023, and released from custody on June 10, 2025.

7. I have reviewed the defendant AARON RICHARD's criminal history and have determined that he has a felony conviction. Among other convictions, on March 29, 2023, RICHARD was convicted in Kings County Supreme Court of a Hate Crime/ Assault in the Third Degree: Cause Physical Injury With Intent, in violation of N.Y.P.L. § 120.00(1)(H), a Class E

5

Felony, for which he was sentenced to an indeterminate term of two to four years' imprisonment. He was incarcerated on April 13, 2023, and released from custody on April 24, 2025.

8. I have conferred with an interstate nexus expert, a Special Agent of the ATF, who has informed me, in sum and substance, that the black 9 mm Ruger P95DC firearm, with serial number 31199716 and the Spear .380 ammunition recovered in this case were manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests that the defendants EDYNESSON BAUDUY and AARON RICHARD be dealt with according to law.

_____
Amanda Van Houten
Special Agent
Federal Bureau of Investigation

Sworn to before me on this
14th day of August, 2025

S/ Seth Eichenholtz
_____
THE HONORABLE SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK